## STATE

v.

## Edward E. VOCCOLA.

No. 82–256–C.A.

Supreme Court of Rhode Island.

March 18, 1983.

Dennis J. Roberts II, Atty. Gen., Alan R. Tate, Asst. Atty. Gen., for plaintiff.

Jackvony, Dimitri & Shapira, William A. Dimitri, John F. Cicilline, Providence, for defendant.

### ORDER

This matter was before the court on March 8, 1983, 454 A.2d 1227, on an order previously issued to the defendant to show cause why his appeal ought not to be dismissed.

After hearing arguments of counsel thereon, it is the conclusion of the court that no cause has been shown. Therefore, the appeal of the defendant is denied and dismissed.

## CAMBRIDGE MUTUAL INSURANCE CO. et al.

v.

## Leo E. DORFMAN et al.

No. 82–373–A.

Supreme Court of Rhode Island.

March 24, 1983.

Selya & Iannuccillo Inc., Bruce M. Selya, Providence, for plaintiff.

Manning, West, Santaniello & Pari, Albert B. West, Providence, for defendant.

### ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court is granted.

Murray and Shea, JJ., did not participate.

## Raymond DUSSAULT

v.

## Eugene P. PETIT, Registrar.

No. 82–500–M.P.

Supreme Court of Rhode Island.

March 24, 1983.

Rustigian, Rosenfield, Portnoy & Nasif, Thomas H. Rosenfield, John G. Hellew, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Thomas O'Halloran, Office of Sp. Counsel, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied. The stay entered in this matter on November 17, 1982 is hereby vacated.

Murray, J., did not participate.